**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:  SHELLEY MARIE BLAYLOCK
       1851 KIRBYTOWN ROAD      CASE NO. 14-00632-MH3-13
       LAFAYETTE TN 37083
           Debtor
SSN: XXX-XX-5305

## NOTICE OF DEBTOR'S NEW ADDRESS

Comes now the debtor, by and through undersigned counsel, and hereby gives notice of her **NEW address** as follows:

    SHELLEY MARIE BLAYLOCK
    1851 KIRBYTOWN ROAD
    LAFAYETTE TN 37083

    Respectfully Submitted,

\

    /S/MARK PODIS
    Mark R. Podis (BPR #012216)
    Attorney for Debtor
    1161 Murfreesboro Road Suite 300
    Nashville, TN 37217
    Phone (615) 399-3800
    Fax (615) 399-9794
    email – PodisBankruptcy@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Notice has been delivered to the U.S. Trustee, 701 Broadway, 318 Customs House, Nashville, TN 37203 and delivered to the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019, mailed to the debtor, to all parties in interest and copies were also sent via CM/ECF @ http://ecf.tnmb.uscourts.gov. on this the 15th day of May, 2015.

                         /s/Mark Podis
                         MARK R. PODIS

      A TOTAL OF 48 COPIES HAVE BEEN MAILED TO CREDITORS ON ATTACHED MATRIX.

Total first class 48

Total Certified 0